UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Edward Reuben Fraser,

    Plaintiff,

v.

Carolyn W. Colvin, Acting
Commissioner of Social Security,

    Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 12-2169 (MJD/LIB)

* * * * * * * * * * * * * * * * *

    Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    Plaintiff's Motion for Summary Judgment [Docket No. 10] is **DENIED**; and

    2.    Defendants' Motion for Summary Judgment [Docket No. 13] is **GRANTED**.

DATED: August 16, 2013
At Minneapolis, Minnesota

s/Michael J. Davis
Michael J. Davis, Chief Judge
United States District Court