UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Edward Reuben Fraser,

    Plaintiff,

v.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Carolyn W. Colvin, Acting
Commissioner of Social Security,

    Defendant.

Civ. No. 12-2169 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Plaintiff's Motion for Summary Judgment [Docket No. 10] is **DENIED**; and

2. Defendants' Motion for Summary Judgment [Docket No. 13] is **GRANTED**.

DATED: August 16, 2013      s/Michael J. Davis
At Minneapolis, Minnesota      Michael J. Davis, Chief Judge
    United States District Court